

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-25-00351-CV

---

DAVOUD DAVOODNIA, APPELLANT

V.

TRUCK REPAIR, APPELLEE

---

On Appeal from the 320th District Court
Potter County, Texas
Trial Court No. 112097-D-CV, Honorable Steven Denny, Presiding

---

December 15, 2025

## MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, Davoud Davoodnia, proceeding pro se, filed a notice of appeal on November 18, 2025, without identifying the judgment or order being appealed. The trial court clerk subsequently notified the Court that no judgment or appealable order has been issued in this case. Generally, appellate courts have jurisdiction to review only final judgments or interlocutory orders made immediately appealable by statute. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); *Stary v. DeBord*, 967 S.W.2d 352, 352–53 (Tex. 1998) (per curiam). Accordingly, by letter of November 20,

2025, we directed Appellant directed to show how we have jurisdiction over this appeal by December 1, 2025. Appellant has not filed a response or had any further communication with this Court to date.

Appellant also failed to pay the required filing fee upon filing his notice of appeal. By letter of November 19, 2025, we notified Appellant that unless he was excused from paying court costs under Rule of Appellate Procedure 20.1, failure to pay the filing fee by December 1, 2025, would result in dismissal of the appeal. Appellant has yet to pay the filing fee or seek leave to proceed without payment of court costs.

Accordingly, we dismiss this appeal for want of jurisdiction and because Appellant has failed to pay the requisite filing fee. *See* TEX. R. APP. P. 42.3(a), (c).

Per Curiam

2